**Opinion filed May 12, 2011**



# In The

# Eleuenth Court of Appeals

_____

## No. 11-11-00071-CR
_____

## RENEE LEE McKINLEY, Appellant
## V.
## STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR34778**

### M E M O R A N D U M   O P I N I O N

Renee Lee McKinley filed a pro se notice of appeal on March 11, 2011.  She has subsequently filed in this court a pro se motion to dismiss her appeal.  Her pro se motion to dismiss complies with TEX. R. APP. P. 42.2 because she is not represented by counsel on appeal.

The motion is granted, and the appeal is dismissed.


May 12, 2011                                                    PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel[1] consists of:  Wright, C.J.,
McCall, J., and Hill, J.[2]

_____

[1]Rick Strange, Justice, resigned effective April 17, 2011.  The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.